# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTEDIVISION
#### NO.  3:05-cr-42

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JACQUELINE YVETTE SPRINGS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the First Step Act of 2018 and upon Motion of the DEFENDANT JACQUELINE YVETTE SPRINGS for an Amended Judgement and reduction in sentence, the Court hereby orders that DEFENDANT's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of TIME SERVED PLUS FIVE (5) DAYS.

The Court further orders that the DEFENDANT, upon release from imprisonment, shall be placed on supervised release for a term of 6 years on Count 1 and 5 years on Count 3, to be run concurrently, for a total term of supervised release of 6 years.

All other terms and conditions of DEFENDANT'S sentence remain in full force and effect.

IT IS SO ORDERED.

Signed: July 29, 2019

Frank D. Whitney
Chief United States District Judge